**Bruce E. Disenhouse, SBN 078760**
DISENHOUSE LAW APC
3833 Tenth Street
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239
E: bruce@disenhouselaw.net

Attorneys for Defendant DEPUTY JOSHUA RICARD

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SANCHEZ, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>DEPUTY JOSHUA RICARD, an individual, and DOES 1-10, Inclusive,<br><br>     Defendant.<br>_____ | **CASE NO.: 17-cv-00339 PSG (KKx)**<br><br>*Hon. Judge Philip S. Gutierrez*<br><br>(~~PROPOSED~~) JUDGMENT |

This matter came on regularly for trial on April 25, 2018, in Courtroom 6A of the above-entitled court before the Honorable Philip S. Gutierrez, Judge Presiding.

Brian Dunn and Megan Gyongyos appeared on behalf of the Plaintiff, LOUIS SANCHEZ; Bruce E. Disenhouse appeared on behalf of Defendant, DEPUTY JOSHUA RICARD.

A jury was duly empaneled and sworn on April 25, 2018. Witnesses were sworn and examined, and documentary evidence was received.

Following instruction and final argument, the jury began its deliberation on May 1, 2018, and duly returned to Court with verdicts the same day, as follows:

//

We, the jury in the above entitled case, unanimously find as follows:

**Question 1:**

Did Deputy Joshua Ricard use excessive force against Louis Sanchez?

YES _____          NO ___✓___

If you answered "YES" to Question 1, please proceed to Question 2. If you answered "NO" to Question 1, please stop here, sign and date this verdict form, and return it to the Court.

**Question 2:**

What are Louis Sanchez's damages?  $_____

Please proceed to Question 3.

**Question 3:**

In using excessive force against Louis Sanchez, did Deputy Joshua Ricard act with malice, oppression, or in reckless disregard of Louis Sanchez's rights?

YES _____          NO _____

Please sign and date this Verdict Form and return it to the Court. Thank you.

Date:  5-1-18                              */s/*

                                        _____
                                        PRESIDING JUROR


WHEREFORE, BY REASON OF THE AFORESAID, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff LOUIS SANCHEZ shall take nothing by reason of his Complaint on file herein, that Defendant DEPUTY JOSHUA RICARD shall have judgment against Plaintiff, that the Complaint shall be and hereby is dismissed with prejudice, and Defendant shall be entitled to his statutory costs of suit pursuant to a timely filed Bill of Costs pursuant to FRCP Rule 54(d)(1) and Local Rule 54.

Date:

5/8/18                          PHILIP S. GUTIERREZ
                                _____
                                U.S. DISTRICT COURT JUDGE